## UNITED STATES
### v.
## HENRY B. BREVOORT

#### 1806

##### Journal Entries

1. Depositions and recognizances filed . . . . *Journal, infra,* \*p. 17
2. Indictment delivered and filed . . . . . . . . " 20
3. Plea filed. . . . . . . . . . . . . . " 22
4. Plea held insufficient; plea of guilty; sentence . . . . " 28

##### Papers in File

1. Plea of former conviction and not guilty . . . . *Printed in Vol. 2*
2. Replication . . . . . . . . . . . . . "